SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 APR 17 PM 4:21
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHANE HARRIS, a/k/a "SHANE PALMER",

Defendant.

8:19CR143

INDICTMENT

18 U.S.C. § 2250(a)

The Grand Jury charges that

COUNT I

Beginning on or about May 7, 2018, to on or about February 5, 2019, in the District of Nebraska, the defendant, SHANE HARRIS, a/k/a "SHANE PALMER," having previously been convicted on or about November 1, 1994, of Sexual Assault, in Kaufman County, Texas, an offense requiring him to register as a sex offender, did travel in interstate commerce into the District of Nebraska, and knowingly failed to register as a sex offender in the State of Nebraska, where he resided, worked, and remained, as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Sections 2250(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

JODY MULLIS, ME #005749
Assistant U.S. Attorney